**Order entered June 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00123-CV

**RONROYAL OWENS, Appellant**

**V.**

**JERRY ALEXANDER AND BILLY D. WYATT, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-07-04346**

## ORDER

Before the Court is appellant's June 25, 2018 motion to extend time to file brief. We

**GRANT** the motion and **ORDER** the brief be filed no later than August 7, 2018.

/s/      DAVID EVANS
JUSTICE